IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY R. HALL and CYNTHIA HALL, <br><br> PLAINTIFFS, <br><br> VS. <br><br> OCWEN LOAN SERVICING, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> DEFENDANTS. | Case No.: 2:19-CV-00254-WC |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Harry R. Hall and Cynthia Hall and Defendant Equifax Information Services LLC (Equifax), by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of all Plaintiffs' claims against Defendant Equifax only, with each party to bear its own attorney's fees and costs. This stipulation does not affect any of Plaintiffs' claims against any other of the defendants.

*Signatures Continued on Next Page*

Dated: August 14, 2019

*/s/ Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.**
**Kenneth J. Riemer**
**Underwood & Riemer, P.C.**
**21 South Section Street**
**Fairhope, Alabama 36533**
**Telephone: 251-990-5558**
**Facsimile: 251-990-0626**
epunderwood@alalaw.com
*Attorney for Plaintiffs*

Dated: August 14, 2019

**/s/ Mandi Blackmon (with expressed permission)**
**Mandi Blackmon**
**John Houston Shaner**
**Troutman Sanders, LLP**
**305 Church of North Hills Street**
**Suite 1200**
**Raleigh, NC 27609**
**Mandi.blackmon@troutman.com**
*Attorney for Defendant Ocwen*

Dated: August 14, 2019

**/s/ Kirkland E. Reid (with expressed permission)**
**Kirkland E. Reid**
**Jones Walker, LLP**
**11 North Water Street Suite 1200**
**Mobile, Alabama 36602**
**Telephone: 251-439-7513**
**Facsimile: 251-439-7538**
**kreid@joneswalker.com**
*Attorney for Defendant Equifax*

Dated: August 14, 2019

**/s/ Matthew W. Robinett (with expressed permission)**
**Matthew W. Robinett**
**Norman, Wood, Kendrick & Turner**
**Liberty National Building Suite 1500**
**2001 Third Avenue South**
**Birmingham, Alabama 35233**
**Telephone: 205-328-6643**
**mrobinett@nwkt.com**
*Attorney for Trans Union*

Dated: August 14, 2019

**/s/ Leilus Jackson Young, Jr. (with expressed permission)**
**Ferguson Frost Moore & Young, LLP**
**1400 Urban Center Drive, Suite 200**
**Birmingham, Alabama 35242**
**Telephone: 205-879-8722**
**Facsimile: 205-879-8831**
**liy@ffmylaw.com**
*Attorney for Experian*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of August 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

                                          */s/ Earl P. Underwood, Jr.*
                                          **EARL P. UNDERWOOD, JR.**