IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HARRY R. HALL and CYNTHIA    )
HALL,                        )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:19cv254-MHT
                             )           (WO)
OCWEN LOAN SERVICING, LLC;   )
et al.,                      )
                             )
     Defendants.             )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 53), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs' claims against only defendant Equifax Information Services, LLC are dismissed with prejudice, with plaintiffs and said defendant to bear their own fees and costs. Defendant Equifax Information Services, LLC is terminated as party to this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is not closed.

DONE, this the 14th day of August, 2019.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**