IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HARRY R. HALL and CYNTHIA HALL, )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>OCWEN LOAN SERVICING, LLC; )<br>et al., )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:19cv254-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the the joint motion for dismissal with prejudice as to defendant Experian Information Solutions, Inc. (doc. no. 56), it is the ORDER, JUDGMENT, and DECREE of the court that that motion is granted, and plaintiffs' claims against defendant Experian Information Solutions, Inc. are dismissed with prejudice, with plaintiffs and said defendant to bear their own fees and costs. Defendant Experian Information Solutions, Inc. is terminated as party to this case.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of March, 2020.

                                   /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**