IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HARRY R. HALL and CYNTHIA HALL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OCWEN LOAN SERVICING, LLC; )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:19cv254-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint motions for dismissal with prejudice as to defendant Transunion, LLC only (doc. nos. 61 & 62), it is the ORDER, JUDGMENT, and DECREE of the court that the motions are granted, and plaintiffs' claims against defendant Transunion, LLC only are dismissed with prejudice, with plaintiffs and said defendant to bear their own fees and costs. Defendant Transunion, LLC is terminated as party to this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 17th day of March, 2020.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE