IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HARRY R. HALL and CYNTHIA HALL, )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>OCWEN LOAN SERVICING, LLC, )<br>and FEDERAL HOME LOAN )<br>MORTGAGE CORPORATION, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:19cv254-MHT |

ORDER

It is ORDERED as follows:

(1) The joint motion for second extension of deadlines (doc. no. 66) is granted.

(2) The uniform scheduling order, as modified (doc. no. 50, 65) is modified in the following respects:

    (A) The deadline for filing dispositive and *Daubert* motions is extended from July 30, 2020, to September 30, 2020.

    (B) The deadline for the parties' settlement conference is extended from July 2, 2020, to September

2, 2020, with the deadline for filing the mediation notice extended accordingly.

(C) The deadline for completing discovery is extended from July 2, 2020, to September 2, 2020.

(D) All other deadlines are unchanged at this time. However, if dispositive or *Daubert* motions motions are filed, the pretrial and trial dates may need to be postponed.

DONE, this the 24th day of August, 2020.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**