**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| HARRY R. HALL AND CYNTHIA HALL, <br><br> PLAINTIFFS, <br><br> VS. <br><br> OCWEN LOAN SERVICING, LLC, ET AL., <br><br> DEFENDANTS. | Case No.: 2:19-cv-00254-WC |

### MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGEMENT OUT OF TIME OR TO DEEM IT TIMELY FILED IN THE ALTERNATIVE

Come now Plaintiffs, Harry and Cynthia Hall, and respectfully request leave to file their Motion and Brief In Support of Partial Summary Judgement and Statement of Undisputed Facts and Evidentiary Submission one day late and state the following as grounds:

1. The current Scheduling Order (Doc. 68) requires dispositive motions to be filed by yesterday, September 30, 2020.

2. The undersigned began preparing a Motion For Partial Summary Judgment Monday, September 28, 2020, and finished drafting said Motion late last night, yesterday, September 30, 2020. Along with the Exhibits, the Motion was put on a thumb drive and taken home for filing. After the exhibits were examined and correctly named, the undersigned attempted to file the Motion with the exhibits but was eventually locked out of the Court's website because of the entry of the wrong password.

3. The Partial Summary Judgment Motion addresses only the issue of whether or not

the conduct of Defendant Ocwen Loan Servicing violated the Fair Debt Collection Practices Act.

  4. Opposing counsel was contacted this morning and Defendants' consent for the late filing of Plaintiffs' Motion was requested. At this time however it is not known if the one day is opposed or not.

  5. In addition, the Clerk's office was contacted earlier today, and the password is been reset.

  6. The Defendants will be prejudiced very little, if any, by the filing of Plaintiffs' Motion For Partial Summary Judgment one day late. Plaintiffs' will be prejudiced if they lose an opportunity to resolve an important issue in the case.

  Wherefore Plaintiffs move the Court for one day extension for the filing of their Partial Summary Judgment Submission or in the alternative to deem it timely filed.

           */s/Earl P. Underwood, Jr.*
           **EARL P. UNDERWOOD, JR.**
           **Attorney for Plaintiff**

**OF COUNSEL:**
**UNDERWOOD & RIEMER, P.C.**
**21 S Section Street**
**Fairhope, Alabama 36532**
**Phone: 251.990.5558**
**Email: epunderwood@alalaw.com**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2020 the foregoing was served upon all counsel of record using the Court's CM/ECF filing system.

*/s/Earl P. Underwood, Jr*
**Earl P. Underwood, Jr.**