IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY R. HALL AND CYNTHIA HALL,<br><br>PLAINTIFFS,<br><br>VS.<br><br>OCWEN LOAN SERVICING, LLC, ET AL.,<br><br>DEFENDANTS. | Case No.: 2:19-cv-00254-WC |

## MOTION FOR LEAVE TO FILE A SEALED DOCUMENT

Come now Plaintiffs, Harry and Cynthia Hall, and respectfully request leave to file a sealed document and state the following as grounds:

1. On October 1, 2020, Plaintiffs filed their Motion for Leave to File Motion for Partial Summary Judgement Out of Time as well as their Motion for Partial Summary Judgement and Statement of Undisputed Facts and Evidentiary Submission. (Doc 77-79.20)

2. On October 2, 2020, an Order was filed granting Plaintiffs Motion to File Out of Time allowing Defendant to file an Objection withing three business days of said Order. (Doc 80). Defendant did not file an Objection.

3. On the same day, October 2, 2020, a second Order was filed stating that Plaintiffs Motion for Partial Summary Judgement, along with two Motions by Defendant, is set for submission, without oral argument on October 30, 2020 with any opposition briefs and evidentiary materials due by October 23, 2020 and any replies to the opposition due by October 30, 2020. (Doc

81).

4. Plaintiffs respectfully request that one of the exhibits to Plaintiffs Statement of Undisputed Facts and Evidentiary Submission (Doc 79) be filed under seal. Said exhibit has not been filed as of today, but has only been filed as Exhibit 79.20, a single sheet which reads "Filed Under Seal Ocwen Document Production As: Ocwen_Hall 000859".

5. Attached to the mailed copy of this Motion is the document to be filed as said exhibit and is a "Confidential" page from Ocwen Call Notes which verify Plaintiffs claims.

Wherefore Plaintiffs respectfully request this Court grants this Motion For Leave to File Document Under Seal.

_____
EARL P. UNDERWOOD, JR.
Attorney for Plaintiff

OF COUNSEL:
UNDERWOOD & RIEMER, P.C.
21 S Section Street
Fairhope, Alabama 36532
Phone:   251.990.5558
Email: epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2020 the foregoing was served upon all counsel of record using the Court's CM/ECF filing system.

/s/Earl P. Underwood, Jr
Earl P. Underwood, Jr.