IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY R. HALL AND CYNTHIA HALL,<br><br>    PLAINTIFFS,<br><br>VS.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>    DEFENDANTS. | Case No.: 2:19-cv-00254-WC |

### UNOPPOSED MOTION FOR FOURTEEN (14) DAY EXTENSION TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGEMENT AND RESPONSE TO MOTION TO EXCLUDE EXPERT TESTIMONY

**COME NOW** Plaintiffs, Harry and Cynthia Hall, and respectfully request an additional fourteen (14) calendar days to file their Response to Motion for Summary Judgement (Doc. 75) and Response to Motion to Exclude Expert Testimony (Doc. 74) in the above-captioned Case. According to its counsel, Defendants does not oppose this request.

The current deadline for Plaintiffs' Response to Motion for Summary Judgement (Doc. 75) and Plaintiffs' Response to Motion to Exclude Expert Testimony (Doc. 74) is November 6, 2020. Plaintiff requests a 14-day extension from that date, which would create a new deadline of November 20, 2020 for filing Plaintiff's Response to Motion for Summary Judgement (Doc. 75) and Plaintiff's Response to Motion to Exclude Expert Testimony (Doc. 74). The extension is necessary due to the fact that Hurricane Zeta, which made landfall yesterday, October 28, 2020, caused a power and internet outage and has made a significate impact on the Mobile, Alabama office of Underwood & Riemer, P.C. In addition, the residence of Mr. Riemer was significantly

damaged causing him to be unavailable for several days.

This unopposed extension is not sought for delay and no party will be prejudiced if it is granted.

WHEREFORE, Plaintiffs, Harry R. Hall and Cynthia Hall, and respectfully request an additional fourteen (14) calendar days for responses to Defendant's Motion to Exclude Expert Testimony (Doc. 74), Defendant's Motion for Summary Judgement (75) and Plaintiff's Motion for Partial Summary Judgement (Doc. 78) so that they be extended from November 6, 2020 until November 20, 2020 and therefore extending the deadline for replies to opposition from November 13, 2020 to November 27, 2020.

Respectfully submitted this 29th day of October, 2020.

                                                    */s/ Earl P. Underwood, Jr.*
                                                    **EARL P. UNDERWOOD, JR.**
                                                    *Attorney for Plaintiffs*

**OF COUNSEL:**
**UNDERWOOD & RIEMER, P.C.**
**21 South Section Street**
**Fairhope, Alabama 36532**
**Telephone:   251.990.5558**
**Facsimile:    251.990.0626**
**Email: epunderwood@alalaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020 a copy of the foregoing was filed electronically with the Clerk of Court by using the CM/ECF electronic system, which will serve a copy to all counsel of record.

                                                    */s/ Earl P. Underwood, Jr.*
                                                    **EARL P. UNDERWOOD, JR.**
                                                    *Attorney for Plaintiffs*