IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HARRY R. HALL and CYNTHIA    )
HALL,                        )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:19cv254-MHT
                             )
OCWEN LOAN SERVICING, LLC,   )
and FEDERAL HOME LOAN        )
MORTGAGE CORPORATION,        )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the uniform scheduling order (doc. no. 50), as amended (doc. nos. 65, 68, 105), is modified to the following extent: The pretrial, currently set for February 17, 2021, is reset to April 29, 2021, at 9:00 a.m., and the trial, currently set for the term of court starting April 12, 2021, is reset for the term of court beginning on June 7, 2021, with all unexpired deadlines expressly tied to these two dates adjusted accordingly.

DONE, this the 12th day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE