IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HARry R. HALL and CYNTHIA HALL, )<br>)<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>OCWEN LOAN SERVICING, LLC, )<br>and FEDERAL HOME LOAN )<br>MORTGAGE CORPORATION, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:19cv254-MHT |

ORDER

It is ORDERED that the motion for judgment on the pleadings (Doc. 117) is set for submission on the merits, without oral argument, on April 16, 2021, with any opposition brief due by April 9, 2021, and any reply to the opposition due by April 16, 2021.

The court notes that the motion for judgment on the pleadings was filed well after the September 30, 2020, deadline for filing of dispositive motions, and that the movant did not request leave to file the motion after the dispositive-motions deadline.  For

efficiency's sake, and to ensure that the issue is fully briefed, defendant Federal Home Loan Mortgage Corporation shall file such a motion for leave, explaining the reasons for the late filing and the law governing such late filings, by March 23, 2021.

DONE, this the 19th day of March, 2021.

                                                /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE