IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HARRY R. HALL and CYNTHIA    )
HALL,                        )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:19cv254-MHT
                             )
OCWEN LOAN SERVICING, LLC,   )
and FEDERAL HOME LOAN        )
MORTGAGE CORPORATION,        )
                             )
     Defendants.             )
```

## ORDER

Based on the representations made on the record on March 18, 2021, it is ORDERED that the defendants' motion for summary judgment (Doc. 75) is granted only as to plaintiffs' second Real Estate Settlement Procedures Act claim (regarding alleged derogatory credit reporting) and as to the breach-of-contract claim to the extent it is against defendant Ocwen Loan Servicing, LLC.  The motion is denied in all other respects.  An opinion will issue later.

DONE, this the 19th day of March, 2021.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE