IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HARRY R. HALL and CYNTHIA     )
HALL,                         )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )      2:19cv254-MHT
                              )
OCWEN LOAN SERVICING, LLC,    )
and FEDERAL HOME LOAN         )
MORTGAGE CORPORATION,         )
                              )
     Defendants.              )
```

ORDER

Based on the representations made on the record on March 18, 2021, it is ORDERED that the plaintiffs' motion for partial summary judgment (Doc. 78) is denied.  An opinion will issue later.

DONE, this the 19th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE