IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HARRY R. HALL and CYNTHIA    )
HALL,                        )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:19cv254-MHT
                             )         (WO)
OCWEN LOAN SERVICING, LLC,   )
and FEDERAL HOME LOAN        )
MORTGAGE CORPORATION,        )
                             )
     Defendants.             )
```

ORDER

It is ORDERED that:

(1) The joint motion to stay deadlines and cancel the final pretrial conference (Doc. 148) is granted.

(2) All pretrial deadlines are stayed for 60 days.

(3) The pretrial conference set for April 29, 2021, is cancelled.

(4) The jury selection and trial set for June 7, 2021, are continued generally.  All pending motions are denied without prejudice.

(5) By June 21, 2021, the parties shall file a joint stipulation of dismissal or other appropriate document finalizing the parties' settlement. Pending filing of the stipulation, this case is closed administratively.

DONE, this the 23rd day of April, 2021.

                                          <u>/s/ Myron H. Thompson</u>
                                        **UNITED STATES DISTRICT JUDGE**