IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **HARRY R. HALL and CYNTHIA HALL,** ) ) ) Plaintiffs, ) ) v. ) ) **OCWEN LOAN SERVICING, LLC,** ) **and FEDERAL HOME LOAN** ) **MORTGAGE CORPORATION,** ) ) Defendants. ) | **CIVIL ACTION NO. 2:19cv254-MHT** |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. 150), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedures. This case remains closed.

DONE, this the 23rd day of June, 2021.

                                            /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE